IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA

Charlotte Division

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Criminal Action Number 3:93CR124 |
| DONALD RAY BARBER, | Civil Action Number 3:00CV198 |
| Defendant. | |

## **ORDER**

The Clerk is DIRECTED to REASSIGN this matter, including any pending motions, to a judge in the Charlotte Division.

It is so ORDERED.

Let the Clerk send a copy of this Order to all counsel of record and the defendant.


June 25, 2007      /s/ Richard L. Williams
DATE                RICHARD L. WILLIAMS
                        SENIOR UNITED STATES DISTRICT JUDGE