# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## DOCKET NO. 3:00-cv-00198-W

| | |
|---|---|
| DONALD RAY BARBER, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | ORDER |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |
| ) | |

THIS MATTER is before the Court pursuant to Petitioenr Donald Ray Barber's Notice of Intent to Seek Mandamus Relief (Doc. No. 17). In his motion, Petitioner requests this Court order a timely ruling on his then pending Motion for Relief pursuant to Rule 60(b) (Doc. No. 16). Because the Court has already ruled on the Motion for Relief, Petitioner's Motion for Writ is DENIED AS MOOT.

IT IS SO ORDERED.

Signed: September 18, 2007

Frank D. Whitney
United States District Judge